UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| SHANNON RULE and KARINA ESQUIVEL, on behalf of themselves and all others similarly situated | * | CIVIL ACTION NO. 16-1408 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| SOUTHERN INDUSTRIAL MECHANICAL MAINTENANCE COMPANY, L.L.C. | * | MAG. JUDGE KAREN L. HAYES |

# ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiffs' motion [doc. # 12] to conditionally certify this matter as a collective action pursuant to 29 U.S.C. § 216(b), and to authorize notice to all individuals as defined in the proposed, revised notice is hereby GRANTED.

THUS DONE AND SIGNED, in chambers, this 24th day of April, 2017, Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE